AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

SABRINA ODOM,

        Plaintiff,

        **v.**

JOSHUA STONE,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-28

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated April 17, 2023, the Court grants the parties' Consent Motion to Remand.  Pursuant to 28 U.S.C. § 1447(c), this case is hereby remanded to the State Court of Effingham County, Georgia, for further proceedings.  This case stands closed.

Approved by: _____

April 18, 2023
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_Jamie Sabalza_
_____
(By) Deputy Clerk

GAS Rev 10/2020